IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

PATRICK MCCORMACK                                        PLAINTIFF

v.                         No. 3:19-cv-350-DPM

RONNIE LEE MILLER; UNION PACIFIC
RAILROAD COMPANY; and
OBERMANN CONCRETE OF
NORTHEAST ARKANSAS                                      DEFENDANTS

## ORDER

Union Pacific's unopposed motion, *Doc. 13*, is granted. The Arkansas State Crime Lab may release its testing results and report. ARK. CODE ANN. § 12-12-312(a)(1)(A)(iii).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

8 October 2020