IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

PATRICK MCCORMACK                                                PLAINTIFF

v.                              No. 3:19-cv-350-DPM

RONNIE LEE MILLER; UNION PACIFIC
RAILROAD COMPANY; and
OBERMANN CONCRETE OF
NORTHEAST ARKANSAS, INC.,
also known as NEAR READY MIX                                  DEFENDANTS

ORDER

By agreement between McCormack and Union Pacific, the railroad's motion for partial summary judgment, *Doc. 17*, is granted. The various claims made in paragraphs 15, 16, 17(e)–(g), (i), & (j), 27, and 28(e)–(g) & (i) of the first amended complaint are dismissed with prejudice. McCormack's unopposed request to amend is granted. Second amended complaint due by 6 January 2021.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

28 December 2020