IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

PATRICK MCCORMACK                                                       PLAINTIFF

v.                          No. 3:19-cv-350-DPM

RONNIE LEE MILLER; SEMO
OPERATING COMPANY, LLC, a/k/a
NEAR READY MIX; UNION PACIFIC
RAILROAD COMPANY; and
OBERMANN CONCRETE OF
NORTHEAST ARKANSAS, INC.,
a/k/a NEAR READY MIX                                                    DEFENDANTS

## JUDGMENT

The second amended complaint is dismissed with prejudice. The Court retains jurisdiction until 2 September 2021 to enforce the parties' settlement.

_____
D.P. Marshall Jr.
United States District Judge

30 July 2021